**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa.aspx*

October 20, 2014

Hon. Laura Hinojosa
District Clerk
100 N Closner - 1st Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Jessie C. Salazar
Court Reporter
139th District Court
100 N Closner, 2nd Floor
Edinburg, TX 78539

Hon. Noe Gonzalez
370th District Court
Hidalgo County Courthouse
100 North Closner St., 2nd Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Annette Escobar
ACE Court Reporting Service
220 E. University
Edinburg, TX 78539

Re:     Cause No. 13-14-00581-CV
Tr.Ct.No.  C-6914-13-G
Style:   Lupe Rivera v. Leticia "Letty" Lopez

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Gilberto Hinojosa (DELIVERED VIA E-MAIL)
       Hon. Jerad Najvar (DELIVERED VIA E-MAIL)